UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND GEORGE GLASS, | No. 2:24-cv-2811 DC CSK P |
| Petitioner, | |
| v. | ORDER FOR PAYMENT OF INMATE FILING FEE |
| PEOPLE OF THE STATE OF CALIFORNIA, SUPREME COURT OF CALIFORNIA, | |
| Respondents. | |

To: Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814:

Petitioner, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. **Because petitioner already paid $5.00, the balance due on his filing fee is now $345.00.** Petitioner is assessed an initial partial filing fee of twenty percent (20%) of the greater of (a) the average monthly deposits to petitioner's trust account; or (b) the average monthly balance in petitioner's account for the 6-month period immediately preceding the filing of this action. 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, petitioner will be obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to petitioner's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court the initial partial

1  filing fee and thereafter payments from petitioner's prison trust account each time the amount in
2  the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C.
3  § 1915(b)(2).

4  Good cause appearing therefore, IT IS HEREBY ORDERED that:

5  1. The Director of the California Department of Corrections and Rehabilitation or a
6  designee shall collect from petitioner's prison trust account an initial partial filing fee in
7  accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall
8  forward the amount to the Clerk of the Court. The payment shall be clearly identified by the
9  name and number assigned to this action.

10  2. Thereafter, the Director of the California Department of Corrections and Rehabilitation
11  or a designee shall collect from petitioner's prison trust account monthly payments in an amount
12  equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust
13  account and forward payments to the Clerk of the Court each time the amount in the account
14  exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), **until the $345.00 balance** of the
15  $350.00 filing fee for this action has been paid in full. The payments shall be clearly identified
16  by the name and number assigned to this action.

17  3. The Clerk of the Court is directed to serve a copy of this order, and a copy of
18  petitioner's signed in forma pauperis affidavit on the Director, California Department of
19  Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

20  4. The Clerk of the Court is directed to serve a copy of this order on the Financial
21  Department of the court.

23  DATED: March 20, 2025.

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

27  /1/glas2811.cdc