1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RAYMOND GEORGE GLASS,                    No.  2:24-cv-2811 DC CSK P

12              Petitioner,

13         v.                                  ORDER

14    PEOPLE OF THE STATE OF
      CALIFORNIA, et al.,
15
              Respondents.
16

17         Petitioner seeks an extension of time to file objections to the March 20, 2025 findings and

18    recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

19         1.  Petitioner's motion for an extension of time (ECF No. 36) is granted; and

20         2.  Petitioner shall file objections to the March 20, 2025 findings and recommendations

21    within thirty days from the date of this order.

22

23    Dated:  April 10, 2025

24                                             _____

25                                             CHI SOO KIM
                                               UNITED STATES MAGISTRATE JUDGE
26

      /1/glas2811.111
27

28
                                               1