UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND GEORGE GLASS,

Petitioner,

v.

PEOPLE OF THE STATE OF
CALIFORNIA, et al.,

Respondent.

No.  2:24-cv-02811-DC-CSK (HC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(Doc. Nos. 31, 32)

Petitioner Raymond George Glass, a state prisoner proceeding *pro se* and *in forma pauperis*, filed a document styled "Original Writ of Peremptory Mandate and Memorandum of Points and Authorities Pursuant to 5 U.S.C. § 702, 28 U.S.C. § 1331, Rule 8, and 'F.R.C.P. § 1361.'"[1] (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 11, 2025, Petitioner filed a motion for release. (Doc. No. 31.) On March 20, 2025, the assigned magistrate judge filed findings and recommendations recommending that

---

[1] Petitioner insists his pleading is not a petition for writ of habeas corpus, and he had filed a separate habeas action, *Glass v. Hill*, No. 24-cv-03020-DC-CSK. (Doc. No. 29.) Moreover, Petitioner's allegations do not complain of prison conditions. (*See* Doc. No. 1.) Therefore, the court declines to construe Petitioner's pleadings as a habeas petition or a civil rights complaint.

1

Petitioner's motion for release be denied, and this action be dismissed with prejudice. (Doc. No. 32.) Specifically, the magistrate judge found Petitioner failed to state a claim upon which relief can be granted and that it would be futile to grant Petitioner leave to amend. (*Id*.) The findings and recommendations were served on Petitioner and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 9.) After receiving an extension of time, on April 14, 2025, Petitioner filed objections to the findings and recommendations. (Doc. Nos. 37, 38.) The court reviewed Petitioner's objections and finds they do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations filed on March 20, 2025 (Doc. No. 32) are ADOPTED IN FULL;

2.      Petitioner's motion for release (Doc. No. 31) is DENIED;

3.      This action is dismissed with prejudice; and

4.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 30, 2026**

Dena Coggins
United States District Judge

2